UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FIRST WESTERN TRUST BANK a/k/a ROCKY MOUNTAIN BANK, Successor-by-Merger with ROCKY MOUNTAIN BANK,

          Plaintiff,

-against-

FAMILY MANAGEMENT CORP.,

          Defendant.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2023
```

23 Civ. 1452 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    On May 25, 2023, the Court granted the parties' request for an extension for Defendant to respond to the complaint and for the parties to submit a proposed case management plan by June 7, 2023. Those submissions are now overdue. Accordingly, by **June 22, 2023**, Defendant shall answer or otherwise respond to the complaint, and the parties shall submit a proposed case management plan.

    SO ORDERED.

Dated: June 8, 2023
       New York, New York

                                            ANALISA TORRES
                                         United States District Judge